MICHAEL T. SHANNON, H27892
Name and Prisoner/Booking Number

CALIFORNIA MEDICAL FACILITY
Place of Confinement

PO BOX 2500
Mailing Address

VACAVILLE CA 95696-2500
City, State, Zip Code

FILED
Oct 30, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL T. SHANNON,
(Full Name of Plaintiff)
              Plaintiff,

v.

(1) CHERYL INNISS-BURTON
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
              Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:20-cv-2192 CKD (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CMF-VACAVILLE, CALIFORNIA

Revised 3/15/2016                                    1

## B. DEFENDANTS

1. Name of first Defendant: __CHERYL INNISS-BURTON__. The first Defendant is employed as: __REGISTERED NURSE__ at __CMF__
   (Position and Title)                                   (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____
   (Position and Title)                                   (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____
   (Position and Title)                                   (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title)                                   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __SJANNON__ v. __IKEGBU__
      2. Court and case number: __2:18-CV-00161 EFB__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: __SHANNON__ v. __CDCR__
      2. Court and case number: __2:17-CV-01084-JAM-CMK__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: __SHANNON__ v. __UNKNOWN__
      2. Court and case number: __UNKNOWN__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __AMEND. 8.__

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: __DEL. INDIFFERENCE__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   PLEASE START AT PAGE 7.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   EYE PAIN, BLURRED VISION, HEADACHES, EMOTIONAL AND PSYCHOLOGICAL INJURY.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

# CLAIM II

1. State the constitutional or other federal civil right that was violated: _____ AMEND. 8. _____

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: **FALSIFICATION OF DOCS.**
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   PLEASE START AT PAGE 7.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   DEFAMATION OF CHARACTER, EMOTIONAL AND PSYCHOLOGICAL DAMAGE.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

COMPENSATORY DAMAGES IN THE AMOUNT OF 1 MILLION DOLLARS, PUNIYIVE DAMAGES IN THE AMOUNT OF 4 MILLION DOLLARS. AND REPLACE MAGNIFIER THAT WAS CONFISCATED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____10/31/20_____
          DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Plaintiff, s legally blind inmate at the California Medical Facility (CMF) in Vacaville, California, hereby files this action and alleges:

## A. INTRODUCTION

1. This action arises out of inhumane conditions of confinement of a legally blind inmate at CMF, encompassing the period of 09/20/19.

2. Inmate SHANNON is a legally blind inmate, On 09/20/19, with his ADA-device, personal magnifier, a Durable Medical Equipment (DME), he was assisting a fellow inmate, inmate NEWSOME, J69784, with a legal document and giving him legal advice in Dorm 4 of the Outpatient Housing Unit (OHU), when Defendant BURTON, in an exaggerated response that violated Plaintiff's First Amendment rights (see Murphy v. Shaw, 195 F3d 1121 [9th Cir., 1999]),she confiscated said DME magnifier, stating, "You know better than to be assisting inmates with their legal work on my shift, especially inmate NEWSOME! See what you can see without your magnifier," and then she proceeded to make a false report of the incident, which defamed my character.

Page 7

3. Plaintiff sue for a violation of his ADA rights to possess a DME, under 42 USC 1983 .

4. Defendant is sued in her individual capacity and at times relevant hereto was acting under color of state law..

## B. JURISDICTION AND BENUE

Plaintiff sue for violation of his ADA rights pursuant to 42 USC 1983. This court has jurisdiction over such claims pursuant to 28 USC 1331 and 1353.

## C. FIRST CAUSE OF ACTION

5. Defendant is guilty of being deliberately indifferent to Plaintiff's serious health care needs, as she deliberately oppressed and abused Plaintiff, thereby constituting cruel and unusual punishment in violation of the Eighth Amendment to the U,S, Constitution.

## D. SECOND CAUSE OF ACTION

6. Defendant is guilty of falsifying documents and defaming my character.

## E. PRAYER FOR RELIEF

7. Plaintiff prays for the following relief:

a) Got judgment to be entered in favor of Plaintiff against Defendant.

Page 8.

b) For an award of 4 million dollars, granting compensatory and punitive damages for violation of Plaintiff's civil rights for deliberate indifference and defamation of character/

c) Plaintiff demands tial by jury.

Dated: 10/31/20          Respectfully submitted,

*[signature]*

Michael T> Shannon.

Pro Se Plainitff

Page 9.