IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL TYRONE SHANNON,** | Case No. 2:20-cv-02192 CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **CHERYL INNISS-BURTON,** | |
| Defendant. | |

Good cause having been shown, Defendant Inniss-Burton's motion to modify the Court's discovery and scheduling order to extend the discovery deadline for the sole purpose of deposing Plaintiff and filing a corresponding motion to compel, if necessary, and to extend the deadline for the parties to file pretrial motions is hereby GRANTED. Each deadline is extended by forty-five days. Defendant shall depose Plaintiff and file any corresponding motion to compel on or before October 3, 2022, and the parties shall file pretrial motions on or before December 29, 2022. As the deadline to serve written discovery has already passed, written discovery shall remain closed.

IT IS SO ORDERED

Dated: August 1, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:20-cv-02192 CKD P)