IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TYRONE SHANNON,** | Case No. 2:20-cv-02192 CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **CHERYL INNISS-BURTON,** | |
| Defendant. | |

Defendant Inniss-Burton has filed a Motion to Stay pending a ruling on defendant's motion for an order declaring plaintiff a vexatious litigant.  Having considered all documents filed in connection with Defendant's Motion and good cause having been shown, defendant's Motion to Stay (ECF No. 34) is **GRANTED**.  All pending deadlines are vacated pending further order of the court.

Dated: January 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE