UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TYRONE SHANNON,<br><br>Plaintiff,<br><br>v.<br><br>CHARYL INNISS-BURTON, et al.,<br><br>Defendants. | No. 2:20-cv-2192-WBS-CKD P<br><br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On July 11, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

     1. The findings and recommendations filed July 11, 2023, are adopted in full.

     2. Defendant's motion for an order declaring plaintiff a vexatious litigant (ECF No. 29) is

denied.

3. The stay of this action entered on January 3, 2023 is lifted.

4. This matter be referred back to the magistrate judge to reset the dispositive motions deadline in this case.

Dated: August 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/shan2192.801.CJRA