UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TYRONE SHANNON,

Plaintiff,

v.

CHERYL INNISS-BURTON,

Defendant.

No. 2:20-cv-02192-WBS-CKD P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 24, 2023, the district judge assigned to this matter denied defendant's motion to declare plaintiff a vexatious litigant. ECF No. 45. By the same order, the case was referred back to the undersigned for the purpose of resetting the dispositive motions deadline in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. All pretrial motions shall be filed on or before **November 30, 2023**. Unless otherwise ordered, all motions shall be briefed pursuant to Local Rule 230(l). Failure to timely oppose a motion may be deemed a waiver of opposition to the motion. L.R. 230(l).

2. Unsigned affidavits or declarations will be stricken, and affidavits or declarations not signed under penalty of perjury have no evidentiary value.

3. Pretrial conference and trial dates will be set, as appropriate, following adjudication of

any dispositive motion, or the expiration of time for filing such a motion.

4. The failure of any party to comply with this order, the Federal Rules of Civil Procedure, or the Local Rules of Court, may result in the imposition of sanctions including, but not limited to, dismissal of the action or entry of default.  See Fed. R. Civ. P. 41(b).

Dated: August 29, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/shan2192.amended.dso