UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TYRONE SHANNON,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNISS-BURTON,<br><br>Defendant. | No. 2:20-cv-02192-WBS-CKD<br><br><br><br>ORDER |

On January 24, 2024, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's order of December 8, 2023 denying plaintiff's motion for the appointment of counsel without prejudice. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (ECF No. 55) is denied.
2. Plaintiff is given one last extension of time to file an opposition to defendant's motion for summary judgment within 30 days from the date of this order.
3. Plaintiff is cautioned that the failure to file an opposition will be deemed as a statement of non-opposition may result in the granting of defendant's motion or

1  dismissal of this action pursuant Federal Rule of Civil Procedure 41(b).

2  Dated:  February 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11  12/shan2192.mfr.counsel(2)+EOT(2)